**Appeal Reinstated, Motion Granted, Appeal Dismissed, and Memorandum Opinion filed February 25, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00707-CV

### NEXGEN RENTALS, LLC, Appellant

### V.

### EXCELL BATTERY CORP USA, Appellee

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1113948**

## MEMORANDUM OPINION

This is an appeal from a judgment signed July 11, 2019. We abated the appeal on October 11, 2019 and referred the parties to mediation. On January 17, 2020, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. We reinstate the appeal, grant the motion, and dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.